`THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Charleston Perrine and James McClure, Sr., Defendants,

of whom Charleston Perrine is the Appellant

and

James McClure, Sr. is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-001988

———————————

Appeal From York County
M. Todd Thigpen, Family Court Judge

———————————

Unpublished Opinion No. 2026-UP-256
Submitted May 21, 2026 – Filed May 28, 2026

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Matthew Niemiec, of The Law Offices of Matthew R. Niemiec, LLC, of Lake Wylie, for Respondent James McClure, Sr.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Justin Montgomery, of Montgomery And Hart, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:** Charleston Perrine appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Perrine's counsel.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.